UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jason Gerhard<br><br>*Plaintiff,*<br><br>v.<br><br>TERRENCE REIDY, in his official capacity as secretary of the Executive Office of Public Safety and Security (EOPSS), and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Defendants*. | CIVIL ACTION<br><br>No. 1:24-cv-10270-AK |

## **MOTION FOR SUMMARY AND DECLARATORY JUDGMENT**

I, Jason Gerhard, appearing *in propria persona*, respectfully move this Honorable Court, pursuant to *Rule 56* of the Federal Rules of Civil Procedure, for summary judgment. In the interest of justice and regulatory clarity, I request under *Rule 57* and *28 U.S. Code § 2201*, that this Court declare that the State's regulatory scheme for firearms licensing is fully constitutional as applied to professional licensing in specified occupations; however, it does not apply to my individual right "to keep and bear Arms" as secured by the Second Amendment. Specifically, the Court should declare that the Allegations I–VIII, set forth in the Complaint (ECF No. 1, pages 5–7), are true as a matter of law:

I. Neither the local police chief, nor the colonel of the Massachusetts State Police has the authority to issue a license for the rights secured by the Constitution.

II. The licensing authorities of "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." *Murdock v. Pennsylvania*, 319 U.S. 105, 113 (1943).

III. The State's "license to carry firearms" under G. L. c. 140, § 131 does not license the enjoyment of rights secured by the Second Amendment.

IV. The fingerprinting requirement under G. L. c. 6, § 172B~1/2 applies to "applicants for licenses in specified occupations;" it does not apply to the enjoyment of rights secured by the Constitution.

V. The "Purpose and Scope" of the background check under 803 CMR 2.01 is for "evaluating applicants for employment, volunteer opportunities, or professional licensing;" it does not apply to the enjoyment of rights secured by the Constitution.

VI. Secretary Reidy promulgates regulations that license purchasers, gunsmiths, officers, private detectives, security guards, and other persons who possess or carry firearms in their profession or occupation; however, he does not license the individual right "to keep and bear Arms."

VII. AG Campbell is empowered to prosecute the use of firearms to carry out a criminal act, the unlicensed carrying on of a business where firearms are

possessed, or their use for hire or reward; however, she may not prosecute me for exercising my individual right to keep and bear arms for personal use.

VIII. The law guarantees the individual right to keep and to bear arms for personal use, self-preservation, the defense of life and property, aiding civil authority, the common defence, the security of a free State, and for farming, hunting, and subsistence. The Second Amendment right is "not a right granted by the Constitution. Neither is it in any manner dependent upon that instrument [nor a license] for its existence." *District of Columbia v. Heller*, 554 U.S. 570, 592 (2008).

This motion is supported by the accompanying Memorandum of Law, and all other pleadings, materials, and references on file in this case.

<u>REQUEST FOR ORAL ARGUMENT</u>

I, Jason Gerhard, respectfully request oral argument pursuant to *Local Rule 7.1(d)*, as I believe that it may assist the Court, and I wish to be heard.

Dated: Dec. 9th, 2024.                                     Respectfully submitted,

*/s/ Jason Gerhard*

Jason Gerhard,
107 N. Main Street
Concord, NH  03301
Phone: 603-499-7919
BearArmsUSA@protonmail.com

## CERTIFICATES OF CONFERENCE AND SERVICE

I certify, pursuant to *Local Rule 7.1(a)(2)*, that I conferred with AAG Phoebe Fischer-Groban for the defendants and have attempted in good faith to resolve or narrow the issue.

I further certify that a true copy of this motion and supporting memorandum were served upon the defendants by electronically filing through the Court's CM/ECF system.

Dated: Dec. 9th, 2024.                                             Respectfully submitted,

*/s/ Jason Gerhard*

Jason Gerhard,
107 N. Main Street
Concord, NH  03301
Phone: 603-499-7919
*BearArmsUSA@protonmail.com*