UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Pro se litigant Jason Gerhard, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 24-CV-10270-AK |
| Terrence Reidy, et al | ) |
| Defendant (s). | ) |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 19] entered on 2/19/2025 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 2/19/2025

By the Court,

/s/ Courtney Horvath
Deputy Clerk